[No. 34943-4-II.   Division Two.   August 14, 2007.]

COWLITZ COUNTY, *Respondent*, v. L. CARLYLE MARTIN ET AL.,
*Appellants*.

The opinion in the above captioned case, which appeared in the advance sheets at 140 Wn. App. 170-81, has not been published in this permanent bound volume pursuant to an order of the Court of Apeals dated January 29, 2008 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 142 Wn. App. 860.